34460. THE STATE v. ALLEN.

Undercofler, Presiding Justice.

This is a certiorari to the Court of Appeals. *Allen v. State,* 147 Ga. App. 701 (250 SE2d 5) (1978). The only question is whether a requested charge on involuntary manslaughter under Code Ann. § 26-1103 (b) was required. The recitation of facts in the Court of Appeals opinion appears not to require such charge; however, the principle of law relied upon is correct. *Jackson v. State,* 76

Ga. 473 (2) (1886); *Warnack v. State,* 3 Ga. App. 590 (2) (60 SE 288) (1907). Since the interpretation of the evidence is not a matter of gravity we dismiss the certiorari as improvidently granted.

*Certiorari dismissed. All the Justices concur, except Hall, J., who concurs in the judgment only.*

ARGUED MARCH 12, 1979 — DECIDED APRIL 17, 1979.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Chief Assistant District Attorney, Valerie E. Caproni,* for appellant.

*Jack Affleck,* for appellee.